# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Roswell Bowman,

    Petitioner,

vs.

United States of America,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:09-cv-551
(CR. No. 3:08-cr-10)

DECISION BY COURT. This action having come before the Court by Motion under 28 U.S.C. §2255 and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 13, 2010 Order.

    Signed: July 13, 2010

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court